# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO. 2-23-cr-242 |
| v. | |
| JOEL M. MEFFORD, | **FILED UNDER SEAL** |
| Defendant. | |

## MOTION TO SEAL

Now comes the United States of America, by and through undersigned counsel, and respectfully requests that the Indictment and Arrest Warrant be sealed until such time as an initial appearance in this case as the proposed defendant is unaware of the charges at this time.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

s/Peter K. Glenn-Applegate
PETER K. GLENN-APPLEGATE (0088708)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 469-5653
E-mail: peter.glenn-applegate@usdoj.gov