IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOEL M. MEFFORD,

        Defendant.

NOTICE
Case No. 2:23-cr-242
Judge Edmund A. Sargus, Jr

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place: United States District Court
Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, Ohio 43215

**Courtroom Number 311**

**February 8, 2024 at 2:00 p.m.**

TYPE OF PROCEEDING: **Arraignment on Indictment**

If Defendant is on bond, it is the responsibility of counsel to notify the defendant of the hearing, date, location and time.

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**

DATE:  February 5, 2024

    /s /   Christin M. Werner
(By) Christin M. Werner, Deputy Clerk