UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,

   v.                                        Case Number 2:23-cr-242
                                            Judge Edmund A. Sargus, Jr.

**JOEL MEFFORD,**
        Defendant.

---

**TAKE NOTICE** that a proceeding in this case has been set for the place, date and time set forth below:

Place:     United States District Court
             Joseph P. Kinneary U.S. Courthouse    **Courtroom Number 311**
             85 Marconi Boulevard                      **August 27, 2024 at 10:15 a.m.**
             Columbus, Ohio 43215

TYPE OF PROCEEDING: **Change of Plea**

If the Defendant is on bond, it is the responsibility of counsel to notify the defendant of the hearing, date, location and time.


                                                        **EDMUND A. SARGUS, JR.**
                                                        **UNITED STATES DISTRICT JUDGE**

DATE:  August 7, 2024

                                                          /s /   Christin M. Werner
                                                     (By) Christin M. Werner, Deputy Clerk