**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**
     **Plaintiff,**

**v.**                                                                                     **Case Number 2:23-cr-242**
                                                         **Judge Edmund A. Sargus, Jr.**

**JOEL M. MEFFORD,**
     **Defendant.**

# Change of Plea
# August 27, 2024
# before Judge Edmund A. Sargus, Jr.

For Plaintiff: Elizabeth Geraghty
For Defendant: Greg Peterson
Court Reporter: Crystal Hatchett
Courtroom Deputy: Christin Werner

The defendant changed his plea to guilty to counts 1 through 4 of the Indictment.
PSI Ordered.