**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO. 2:23-cr-242** |
| Plaintiff, | Judge Edmund A. Sargus, Jr. |
| v. | |
| **JOEL M. MEFFORD,** | |
| Defendant. | |

### MOTION FOR PRELIMINARY ORDER OF FORFEITURE

The United States of America, by its undersigned counsel, hereby moves this Court, pursuant to Federal Rule of Criminal Procedure 32.2(b), for the issuance of a Preliminary Order of Forfeiture in the form of a money judgment against the Defendant in the amount of $130,000.00. This motion is supported by the record in this case and the following memorandum.

### MEMORANDUM

On December 19, 2023, a grand jury in the Southern District of Ohio returned a four-count Indictment charging Defendant Joel M. Mefford in Count 1 with Possession with Intent to Distribute 500 Grams or More of Cocaine, in violation of 2l U.S.C. § 841(a)(1) and (b)(1)(B)(ii); in Count 2 with Possession with Intent to Distribute 500 Grams or More of Cocaine, in violation of 2l U.S.C. § 841(a)(1) and (b)(1)(B)(ii); in Count 3 with Possession with Intent to Distribute 5 Kilograms or More of Cocaine, in violation of 2l U.S.C. § 841(a)(1) and (b)(1)(A)(ii); and in Count 4 with Money Laundering, in violation of l8 U.S.C. § 1957.  (Doc. 4.)

Forfeiture allegations in the Indictment provided notice to the Defendant that the United States would seek the forfeiture, pursuant to 21 U.S.C. § 853(a)(l) and (2), of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the

violations alleged in Counts 1 through 3 of the Indictment; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations; and/or pursuant to 18 U.S.C. § 982(a)(1), of any property, real or personal, involved in the offense alleged in Count 4 of the Indictment, and any property traceable to such property. (*Id.*)

The Defendant entered into a Plea Agreement with the United States in which he agreed to plead guilty to Counts 1, 2, 3, and 4 of the Indictment and agreed to the entry of a forfeiture money judgment in the amount of $130,000.00. (Doc. 28.) The Defendant admitted that the amount of $130,000.00 represents a conservative estimate of the proceeds he personally obtained as a result of the violations alleged in Counts 1, 2, and 3 of the Indictment; and/or was property involved in the offense alleged in Count 4 of the Indictment, and/or is property traceable to such property. (*Id.*) The Defendant pleaded guilty to Counts 1, 2, 3, and 4 of the Indictment on August 27, 2024. (Doc. 30.)

Rule 32.2(b)(1)(A) of the Federal Rules of Criminal Procedure provides, in relevant part: "If the government seeks a personal money judgment, the court must determine the amount of money that the defendant will be ordered to pay." Fed. R. Crim. P. 32.2(b)(1)(A). "The court's determination may be based on evidence already in the record, including any written plea agreement, and on any additional evidence or information submitted by the parties and accepted by the court as relevant and reliable." Fed. R. Crim. P. 32.2(b)(1)(B).

Based on the evidence set forth in the record, the United States asserts that it has established the amount of money that the Defendant should be ordered to pay, pursuant to 21 U.S.C. § 853(a) and 18 U.S.C. § 982(a)(1), in the form of a forfeiture money judgment.

WHEREFORE, the United States respectfully requests that this Court enter a Preliminary Order of Forfeiture, consisting of a money judgment against the Defendant in the amount of $130,000.00.

    Respectfully submitted,

    KENNETH L. PARKER
    United States Attorney


    s/ Peter K. Glenn-Applegate
    PETER K. GLENN-APPLEGATE (0088708)
    Assistant United States Attorney
    Attorney for Plaintiff
    303 Marconi Boulevard, Suite 200
    Columbus, Ohio 43215
    (614) 469-5715
    peter.glenn-applegate@usdoj.gov


## **CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2025, a copy of the foregoing United States' Motion for Preliminary Order of Forfeiture was filed with the Court's electronic filing system (CM/ECF), which will send electronic notification of such filing to all parties represented by attorneys who are registered CM/ECF users.

    s/ Peter K. Glenn-Applegate
    PETER K. GLENN-APPLEGATE (0088708)
    Assistant United States Attorney